# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145916 & (47)


STATE REPRESENTATIVE RICHARD
HAMMEL, STATE REPRESENTATIVE KATE
SEGAL, STATE REPRESENTATIVE MARK
MEADOWS, STATE REPRESENTATIVE
WOODROW STANLEY, STATE
REPRESENTATIVE STEVEN LINDBERG,
and STATE REPRESENTATIVE JEFF IRWIN,
       Plaintiffs-Appellants,

v

                            SC: 145916
                            COA: 309484
SPEAKER OF THE HOUSE OF               Ingham CC: 12-000315-CZ
REPRESENTATIVES, SPEAKER PRO TEM
OF THE HOUSE OF REPRESENTATIVES,
HOUSE OF REPRESENTATIVES MAJORITY
FLOOR LEADER, and HOUSE OF
REPRESENTATIVES,
       Defendants-Appellees.
_____/

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the August 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013 _____

d0424

_____
Clerk